# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 09-01110-JVS (CWx) | Date | January 4, 2010 |
| Title | Maureen Lomeli v. Hull & Company, Inc., et al. | | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Steven Rubin | Douglas Wickham |

**Proceedings:**   Scheduling Conference

      Cause called and counsel make their appearances.  The Court and counsel confer.  The Court sets the case management dates with the agreement of counsel as follows:

      Jury Trial                           November 2, 2010 at 8:30 a.m.

      Final PreTrial Conference        October 18, 2010 at 11:00 a.m.
         File PreTrial Documents not later than October 12, 2010
         File motions in limine not later than September 20, 2010

      Discovery Cut-off                August 17, 2010

      Expert Discovery Cut-off          September 8, 2010
         Initial disclosure of Experts not later than August 4, 2010
         Rebuttal disclosure of Experts not later than August 25, 2010

      Law and Motion Cut-off          October 4, 2010 at 1:30 p.m.
         Motions to be filed and served not later than September 7, 2010

      Counsel inform the Court that their selection for a settlement procedure pursuant to Local Rule 16-14 is private mediation.  The Court orders that any settlement discussions shall be completed not later than May 28, 2010.  Counsel shall file a Joint Report of the parties regarding outcome of settlement discussions, the likelihood of possible further discussions and any help the Court may provide with regard to settlement negotiations not later than seven (7) days after the settlement conference.

                                                                    0    :    04

                                                  Initials of Preparer     kjt